Hon. David G. Estudillo
Noting Date: December 15, 2023

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT TACOMA

| | |
|---|---|
| NATHAN BRINTON,<br><br>Plaintiff,<br>v.<br><br>ONE TECHNOLOGIES, LLC,<br>JOHN DOES 1-10<br><br>Defendants. | Case No.: 3:23-cv-06046 DGE<br><br>**REPLY TO NON-OPPOSITION TO DEFENDANT ONE TECHNOLOGIES, LLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2), OR IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM PURSUANT TO 12(B)(6)**<br><br>NOTE ON MOTION CALENDAR:<br>December 15, 2023 |

REPLY

Page 1 of 4

***STERNBERG THOMSON OKRENT & SCHER, PLLC***
520 Kirkland Way, Ste. 400
PO Box 655
Kirkland, WA 98083
206 386-5438//FAX 206 374-2868

Plaintiff Nathan Brinton did not file an opposition to defendant One Technologies, LLC's Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2), or in the Alternative, for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 12) ("Motion") within the time provided by the applicable local rules. *See* L.R. 7(d)(3) ("Any opposition papers shall be filed and served no later than the Monday before the noting date. If service is by mail, the opposition papers shall be mailed not later than the Friday preceding the noting date.")  On November 21, 2023, One Technologies filed with the Court and served plaintiff with the Motion. (Dkt. Nos. 12, 16).  The noting date is December 15, 2023.  Plaintiff's opposition was therefore due to be filed and served no later than December 11, 2023, but the docket does not reflect that any opposition was filed, and no opposition was received by One Technologies.

Accordingly, One Technologies respectfully requests that the Court dismiss plaintiff's complaint with prejudice for failure to prosecute it. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it"); *Solomon v. C R Bard Inc.*, 2020 WL 7385737, at *1-*2 (W.D. Wash. Dec. 16, 2020) (dismissing the plaintiff's complaint for failure to prosecute after plaintiff failed to file a timely response to the defendant's motion to dismiss or respond to the defendant's attempts to depose the plaintiff); *Smith v. Evergreen Treatment Servs.*, 2019 WL 13275039, at *1-*2 (W.D. Wash. Oct. 22, 2019) (dismissing the plaintiff's complaint with prejudice for failure to prosecute because the plaintiff failed to respond to the defendant's motion to dismiss, failed to respond to discovery, and failed to comply with relevant discovery rules).

///
///
///
///
///

REPLY

Page 2 of 4

**STERNBERG THOMSON OKRENT & SCHER, PLLC**
520 Kirkland Way, Ste. 400
PO Box 655
Kirkland, WA 98083
206 386-5438//FAX 206 374-2868

Alternatively, One Technologies respectfully requests that the Court deem plaintiff's non-opposition as his consent to grant the Motion and dismiss the complaint for lack of personal jurisdiction. L.R. 7(b)(2) ("Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming order granting unopposed motion to dismiss, deeming failure to oppose as consent to grant the motion under local rule similar to L.R. 7(b)(2)); *Lane v. Sanska USA Inc.*, 2023 WL 3075649, at *2-*3 (W.D. Wash. April 25, 2023) (dismissing the plaintiff's complaint for failure to file papers in opposition of the defendants' motion to dismiss under L.R. 7(b)(2)).

Respectfully Submitted,

Date: December 14, 2023,    **Sternberg Thomson Okrent & Scher, PLLC**

*/s/ Craig S Sternberg*
By _____
Craig S. Sternberg, WSBA #521
Attorneys for Defendant
One Technologies, LLC

Date: December 14, 2023,    **Venable LLP**

*/s/ Ari Rothman*
By _____
Ari Rothman (*Pro Hac Vice*)
Attorney for Defendant
One Technologies, LLC

REPLY

Page 3 of 4

**STERNBERG THOMSON OKRENT & SCHER, PLLC**
520 Kirkland Way, Ste. 400
PO Box 655
Kirkland, WA 98083
206 386-5438//FAX 206 374-2868

CERTIFICATE OF SERVICE

I, Craig S. Sternberg, do hereby declare under penalty of perjury that I have served the attached Reply to Non-Opposition to Defendant One Technologies, LLC's Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2), or In the Alternative, For Failure to State a Claim Pursuant to 12(b)(6) on the parties in interest either by e-mail, FAX, first class mail, postage prepaid or by messenger as follows:

Nathan Brinton                                                    By email: natebrington@gmail.com
31606 NE 134th Ct.
Battle Ground, WA 98604

SIGNED under penalty of perjury at Seattle, Washington, this 14th day of December 2023.

/s/ Craig S Sternberg

Craig S. Sternberg, WSBA 00521

REPLY

Page 4 of 4

**STERNBERG THOMSON OKRENT & SCHER, PLLC**
520 Kirkland Way, Ste. 400
PO Box 655
Kirkland, WA 98083
206 386-5438//FAX 206 374-2868