The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT TACOMA

| | |
|---|---|
| NATHAN BRINTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONE TECHNOLOGIES, LLC,<br>JOHN DOES 1-10<br><br><br>　　　　Defendants. | Case No.: 3:23-cv-06046-DGE<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO VACATE AND STAY (1) THE NOTING DATE ON DEFENDANT ONE TECHNOLOGIES, LLC'S PENDING MOTION TO DISMISS; AND (2) ONE TECHNOLOGIES, LLC'S DEADLINE TO FILE A REPLY TO PLAINTIFF'S BRIEF IN OPPOSITION AND RESPONSE TO THE PENDING MOTION (DKT. NOS. 23-24)**<br><br>NOTE ON MOTION CALENDAR:<br>February 20, 2024 |

ORDER Page 1 of 3

**STERNBERG THOMSON OKRENT & SCHER, PLLC**
520 Kirkland Way, Ste 400, P.O. Box 655
Kirkland, WA 98083
206 386-5438 // FAX 206 274-2868

On February 20, 2024, plaintiff Nathan Brinton and defendant One Technologies, LLC submitted to the Court a joint stipulated motion to vacate and stay (1) the noting date on One Technologies' pending motion to dismiss, and (2) One Technologies' deadline to file a reply to plaintiff's brief in opposition and response to One Technologies' motion (Dkt. Nos. 23-24)[1], pending the Court's decision on the parties' forthcoming joint stipulated motion to transfer this civil action to the United States District Court for the Northern District of Texas, Dallas Division.

After full consideration of the joint stipulated motion, the Court hereby **GRANTS** the parties' motion and hereby **STAYS** both the noting date on the pending motion to dismiss and defendant One Technologies LLC's deadline to file a reply to plaintiff's brief in opposition and response to its motion to dismiss pending further order of the Court.

The Court further **ORDERS** that if the parties cannot agree to the joint motion to transfer or if the motion is denied, the parties shall, by no later than five (5) court days after reaching an impasse or the Court's order denying the joint motion, stipulate and propose to the Court a new reply date and noting date for One Technologies LLC's motion to dismiss.

**IT IS SO ORDERED.**

Dated: February 29, 2024

David G. Estudillo
United States District Judge

---

[1] Plaintiff filed two oppositions to One Technologies' motion to dismiss at Dkt. 23 and 24, respectively. It appears that Dkt. 24 is a corrected version of Dkt. 23.

STERNBERG THOMSON OKRENT & SCHER, PLLC
520 Kirkland Way, Ste 400, P.O. Box 655
Kirkland, WA 98083
206 386-5438 // FAX 206 274-2868

*Presented by*

*/s/ Craig S. Sternberg*
Craig S. Sternberg (WSBA No. 521)
520 Kirkland Way, Suite 400
P.O. Box 655
Kirkland, Washington 98083
(206) 386-5438
Craig@STOSLaw.com

Ari N. Rothman (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4000
anrothman@venable.com

*Attorneys for Defendant One Technologies, LLC*

*/s/ Andrew Grimm*
Andrew Grimm (WSBA No. 51486)
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorneys for Plaintiff Nathan Brinton*

ORDER Page 3 of 3

**STERNBERG THOMSON OKRENT & SCHER, PLLC**
520 Kirkland Way, Ste 400, P.O. Box 655
Kirkland, WA 98083
206 386-5438 // FAX 206 274-2868