# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| NATHAN BRINTON,<br><br>*Plaintiff,*<br><br>vs.<br><br>ONE TECHNOLOGIES, LLC, JOHN DOES 1-10,<br><br>*Defendants*. | Case No. 3:23-cv-06046-DGE<br><br>**Order Transferring Action to the United States District Court for the Northern District of Texas, Dallas Division, Pursuant to Joint Stipulation** |

THIS MATTER having come before the Court by way of the Parties' Joint Stipulated Motion requesting that the Court transfer this action to the United States District Court for the Northern District of Texas, Dallas, Division, and for the good cause shown of avoiding the expense and complexity of litigating and adjudicating a complicated question of personal jurisdiction, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is and shall be transferred to the United States District Court for the Northern District of Texas, Dallas Division.

Dated this 15th day of March 2024.

_____
David G. Estudillo
United States District Judge

Order Transferring
Transferring Action
to the U.S.D.C. for the N.D. Tex.

DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, NE 68154 / (531) 210-2381