**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| NATHAN BRINTON § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 3:24-cv-00656-B |
| § | |
| v. § | |
| § | |
| ONE TECHNOLOGIES, LLC, § | |
| § | |
| Defendant. § | |

**DEFENDANT ONE TECHNOLOGIES' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant One Technologies, LLC ("One Technologies") answers plaintiff's First Amended Complaint as follows and denies all allegations unless expressly admitted below.

**NATURE OF THE CASE**

1. One Technologies lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

2. One Technologies lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them.

3. Deny, except that One Technologies admits only that plaintiff quotes the cited decision alleged in this paragraph. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

4. One Technologies lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them.

5. One Technologies denies the allegations made against it, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and therefore denies those allegations.

6. One Technologies denies the allegations made against it, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and therefore denies those allegations.

## PARTIES TO THE ACTION

7. One Technologies denies the allegations made against it, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and therefore denies those allegations.

8. Deny, except that One Technologies admits that it is a defendant in this litigation. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

9. One Technologies lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them.

## JURISDICTION & VENUE

10. Deny, except that One Technologies admits only that One Technologies removed this litigation while it was pending in Washington and that it currently does not contest that this Court has subject matter jurisdiction over this litigation.

11. Admit.

12. Admit.

## FACTUAL ALLEGATIONS

I. **VIOLATIONS OF THE WASHINGTON COMMERCIAL ELECTRONIC MAIL ACT ("CEMA")**

13. Deny.

14. Deny, except that One Technologies admits only that plaintiff quotes the legal authorities it references. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

15. Deny, except that One Technologies lacks knowledge or information sufficient to form a belief about the truth of the allegations concerning the emails that plaintiff received and therefore denies those allegations.

16. One Technologies lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them except that One Technologies admits only that it engages with independent third party contractors for marketing purposes.

17. Deny.

18. Deny, except that One Technologies: (a) lacks knowledge or information sufficient to form a belief about the truth of the allegations concerning the emails plaintiff received and therefore denies those allegations; and (b) admits only that it engages with independent third party contractors for marketing purposes and that One Technologies has email compliance requirements.

19. Deny, except that One Technologies: (a) lacks knowledge or information sufficient to form a belief about the truth of the allegations concerning the emails plaintiff received and therefore denies those allegations; and (b) admits only that it engages with independent third party contractors for marketing purposes and that One Technologies has email compliance requirements.

20. Deny, except that One Technologies admits only that it engages with independent third party contractors for marketing purposes, that One Technologies has email compliance requirements, and that One Technologies is aware of certain laws. One Technologies does not and will not waive the attorney-client privilege or attorney work-product doctrine by answering these or any other allegations in the complaint.

21. Deny, except that One Technologies: (a) lacks knowledge or information sufficient to form a belief about the truth of the allegations concerning the emails plaintiff received and therefore denies those allegations; and (b) admits only that it engages with independent third party contractors for marketing purposes, that One Technologies has email compliance requirements, and that One Technologies is aware of certain laws. One Technologies does not and will not waive the attorney-client privilege or attorney work-product doctrine by answering these or any other allegations in the complaint.

22. Deny.

23. Deny, except that One Technologies lacks knowledge or information sufficient to form a belief about the truth of the allegations concerning the emails plaintiff received and therefore denies those allegations.

24. One Technologies lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them.

25. One Technologies lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them.

26. Deny, except One Technologies admits only that plaintiff quotes and cites legal authorities and statutes.

27. One Technologies lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them.

28. Deny, except that One Technologies admits only that One Technologies did not single out plaintiff.

29. Deny, except that One Technologies admits only that plaintiff quotes legal authorities and statutes.

30. Deny, except that One Technologies admits only that plaintiff quotes legal authorities and statutes.

31. Deny, except that One Technologies admits only that plaintiff quotes legal authorities and statutes.

## II. VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT ("CPA")[1]

1. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

2. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

3. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them.

4. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them.

5. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them.

6. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

---

[1] Following paragraph 31, plaintiff's Amended Complaint begins numbering the paragraphs again from 1. One Technologies identifies the remaining paragraphs in the Amended Complaint as they are identified by plaintiff.

7. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them.

8. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

9. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them.

10. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

11. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

12. Deny.

13. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

14. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

15. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

16. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them.

17. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

18. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

19. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

20. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them.

21. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

22. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them.

23. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

24. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

25. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them.

## PRAYER FOR RELIEF

27. Deny.

### I. WASHINGTON CEMA VIOLATIONS

28. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

29. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

30. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

31. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

## II.   WASHINGTON CPA VIOLATIONS

32. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

33. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

34. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

35. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

36. One Technologies lacks knowledge or information sufficient to form a belief about the allegations and therefore denies them. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

## JURY TRIAL

37. One Technologies admits only that plaintiff demands a jury trial. One Technologies denies liability, and denies that plaintiff is entitled to any relief by reason of any of the allegations in his complaint.

## AFFIRMATIVE DEFENSES

One Technologies asserts the following defenses, each as separate and distinct defenses to plaintiff's alleged claims. Insofar as any of the following expresses denial of an element of any

claim alleged against One Technologies, such expression does not indicate that Plaintiff is relieved of its burden to prove each and every element of any such claims or that One Technologies has assumed any burden of proof:

1. Some or all of plaintiff's claims are preempted by the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003, 15 U.S.C. §§ 7701 *et seq.* because the emails do not contain material falsity or deception.

2. Plaintiff consented to receive the emails over which he sues.

3. Plaintiff caused his own injuries (or suffered no injuries) to the degree he voluntarily visited websites over which he complains and voluntarily interacted with those sites to either enroll in services provided by One Technologies, or for certain purposes other than enrolling himself in services provided by One Technologies.

4. Plaintiff has unclean hands. Equity requires barring plaintiff's claims in such circumstances especially if discovery reveals that plaintiff undertook actions to receive emails or maintain suit for any nefarious purpose, or engaged in any other conduct that would require denying him relief in equity.

5. Defendant's actions were taken in good faith and with a reasonable belief that such actions were legal and appropriate.

6. Plaintiff's claims are barred because Washington's anti-spam statute is unconstitutional to the extent it is applied in a manner that violates any constitutional protection, including without limitation, the due process clause of the Fourteenth Amendment to the United States Constitution, the excessive fines clause of the Eighth Amendment to the United States Constitution, and the constitutional right of free speech.

One Technologies reserves its right to amend its affirmative defenses as discovery progresses.

WHEREFORE, defendant One Technologies prays for judgment on the complaint as follows:

1. That judgment be entered in favor of defendant One Technologies;

2. That plaintiff take nothing by virtue of his complaint against One Technologies;

3. That One Technologies be awarded its costs of suit incurred in defense of this action; and

4. For such other and further relief, at law and/or in equity, to which One Technologies may be justly entitled.

Dated: June 17, 2024                              Respectfully submitted,

                                                  By: *Jonathan R. Childers*
                                                  Jonathan R. Childers
                                                    State Bar No. 24050411
                                                    jchilders@lynnllp.com
                                                  Alan Dabdoub
                                                    State Bar No. 24056836
                                                    adabdoub@lynnllp.com
                                                  **LYNN PINKER HURST & SCHWEGMANN, LLP**
                                                  2100 Ross Ave., Suite 2700
                                                  Dallas, Texas 75209

                                                  Ari N. Rothman (*pro hac vice*)
                                                  anrothman@venable.com
                                                  **VENABLE LLP**
                                                  600 Massachusetts Ave NW
                                                  Washington, D.C. 20001
                                                  Tel: (202) 344-4000
                                                  Fax: (202) 344-8300

                                                  **COUNSEL FOR DEFENDANT ONE TECHNOLOGIES, LLC**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing document has been filed via CM/ECF and is available for viewing and downloading electronically and has been served on all parties signed up for CM/ECF on June 17, 2024.

_Jonathan R. Childers_____
Jonathan R. Childers