UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATHAN BRINTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0656-B |
| | § | |
| ONE TECHNOLOGIES, LLC, | § | |
| | § | |
| Defendant. | § | |

ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Parties' Joint Stipulation of Dismissal (Doc. 63). It is **ORDERED** that

all claims in Plaintiff's Complaint against Defendant are hereby **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs, including any attorney's fees.

SO ORDERED.

SIGNED: May 23, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -